```
                              United States Bankruptcy Court
                               Eastern District of New York
```

In re:                                                                          Case No. 19-77658-las
Senny Isabel Nunez                                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0207-8          User: dcorsini            Page 1 of 1            Date Rcvd: Nov 12, 2019
                              Form ID: pdfdat           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2019.
db              +Senny Isabel Nunez,    869 Broadway,    Brentwood, NY 11717-7526

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 12, 2019 at the address(es) listed below:
              Richard L Stern    rstern@rsternlaw.com,   rstern@ecf.axosfs.com
              United States Trustee    USTPRegion02.LI.ECF@usdoj.gov
                                                                                             TOTAL: 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
In re                                                                                    Chapter 7
                                                                                              Case No. **8-19-77658**

**Senny Isabel Nunez**


                                                                    **Debtor**
--------------------------------------------------------------X

# Order on the Application to Have the Chapter 7 Filing Fee Waived

After considering the debtor's *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B), the court orders that the application is:

☑ **Granted.**  However, the court may order the debtor to pay the fee in the future if developments in administering the bankruptcy case show that the waiver was unwarranted.

☐ **It is further Ordered**, that this waiver also applies to other fees scheduled by the Judicial Conference under 28 U.S.C. § 1930(a), (b) and (c).

☐ **Denied** for the following reason: _____

   The debtor must pay the $335 filing fee according to the following terms:

|   | **You must pay….** | **On or before this date…** |
|---|---|---|
|   | $ _____ | _____ |
|   |   | Month/day/year |
|   | $ _____ | _____ |
|   |   | Month/day/year |
|   | $ _____ | _____ |
|   |   | Month/day/year |
| + | $ _____ | _____ |
|   |   | Month/day/year |
| **Total** | $           0.00 |   |

If the debtor would like to propose a different payment timetable, the debtor must file a motion promptly with a payment proposal. The debtor may use *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A) for this purpose. The court will consider it.

The debtor must pay the entire filing fee before making any more payments or transferring any more property to an attorney, bankruptcy petition preparer, or anyone else in connection with the bankruptcy case. The debtor must also pay the entire filing fee to receive a discharge. If the debtor does not make any payment when it is due, the bankruptcy case may be dismissed and the debtor's rights in future bankruptcy cases may be affected.

☐ **Scheduled for hearing.**

A hearing to consider the debtor's application will be held on _____ at _____ in courtroom _____ at courthouse located at **290 Federal Plaza, Central Islip, New York 11722**

If the debtor does not appear at this hearing, the court may deny the application.



**Dated: November 12, 2019**
**Central Islip, New York**

_Louis A. Scarcella_
**Louis A. Scarcella**
**United States Bankruptcy Judge**